*James A. Killen*, assistant state's attorney, in opposition.

## STATE OF CONNECTICUT *v.* SAMUEL DUNBAR

The defendant's cross petition for certification for appeal from the Appellate Court, 51 Conn. App. 313 (AC 17143), is denied.

BERDON, J., dissenting. I would grant the defendant's cross petition for certification to appeal.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, in support of the cross petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided February 10, 1999